Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Grooms, an individual; Brycemarie Phelan, an individual; and Knukle, Inc., a Colorado Corporation, Plaintiffs vs John Legge, an individual; Gwen Legge, an individual; Knukle, Inc., a California Corporation; Artillery Distribution, a business entity, form unknown; Sean Myers, an individual; and Devin Mercado, an individual; and DOES 1 through 50, inclusive Defendants | **SUMMONS IN A CIVIL ACTION** Case No. '09 CV 0489 IEG POR |

TO: (Name and Address of Defendant)

Knukle, Inc. c/o John Legge
1651 East 4th St, Suite 123
Santa Ana, CA 92701

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher A. Villasenor, Esq.
CATALYST LAW GROUP
9710 Scranton Road, Suite 170
San Diego, CA 92121

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By K. HAMMERLY, Deputy Clerk

MAR 11 2009
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 3/12/2009 |
| NAME OF SERVER  P.A. Rodriguez | TITLE CA Registered Process Server | |
| Check one box below to indicate appropriate method of service | | |
| X  Served personally upon the defendant. Place where served: 1651 East 4th St. #123 Santa Ana, CA 92701 | | |
| ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | | |
| Name of person with whom the summons and complaint were left: _____ | | |
| ☐ Return unexecuted: | | |
| ☐ Other (specify): | | |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 3/13/09    Signature of Server

3500 Fifth Ave., Ste. 202, San Diego, CA 92103
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)