1  Christopher A. Villasenor, Esq. (SBN 147118)
   **CATALYST LAW GROUP**
2  **A PROFESSIONAL CORPORATION**
3  9710 Scranton Road, Suite 170
   San Diego, CA 92121
4  Telephone: (858) 450-0099
   Facsimile: (858) 450-9834
5  Attorney for Plaintiffs
6
7  JAMES GROOMS AND BRYCEMARIE PHELAN AND KNUKLE, INC., A COLORADO CORPORATION
8                   UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOMS, an individual; BRYCEMARIE PHELAN, an individual; KNUKLE, INC., a Colorado corporation, Plaintiffs, vs. JOHN LEGGE, an individual; GWEN LEGGE, an individual; KNUKLE, INC., a California corporation; ARTILLERY DISTRIBUTION, an unknown entity; SEAN MYERS, an individual; DEVIN MERCADO, an individual; and DOES 1 through 50, inclusive, Defendants. | CASE NO.: 09CV0489 IEG POR  **NOTICE OF POSTING BOND** |

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED THAT Plaintiffs have hereby posted a $10,000.00 bond effective March 18, 2009 (attached hereto as Exhibit "1") pursuant to the Temporary Restraining Order dated March 17, 2009.

DATED: March 19, 2009                    CATALYST LAW GROUP, APC

                                         [signature]
                                         Christopher Villasenor
                                         Attorney for Plaintiffs
                                         JIMMY GROOMS AND BRYCEE PHELAN AND
                                         KNUKLE, INC., A COLORADO CORPORATION

NOTICE OF POSTING BOND                                                                    1
                                                              Case No. 09CV0489 IEG POR

**Bond** 57BSBFJ2540

James Grooms; Brycemarie Phelan; Knuckle,
Inc., a Colorado Corporation

_____
                                    Plaintiff

         vs.                              TEMPORARY RESTRAINING ORDER

John Legge; Gwen Legge;Knuckle, Inc., a
California Corporation; Artillery
Distribution;Sean Myers;Devin Mercado
                                    Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff (S)___ , was required to file an undertaking in the sum of _____
Ten Thousand , $10,000_____DOLLARS
as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant (S)___ , from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, Hartford Fire Insurance Company_____ , a corporation organized and existing under the laws of the State of Connecticut_____ and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant (S)___ and such damages not exceeding the amount of _____
Ten Thousand , $10,000
DOLLARS as the Defendant (S)___ may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the ___18th___ day of ___March_____ , ___2009___ .

                                    James Grooms; Brycemarie Phelan; Knuckle,
                                    Inc., a Colorado Corporation
                                    _____

                                    Hartford Fire Insurance Company
                                    BY: _[signature]_____
                                    Brenna C. Page, Attorney-in-Fact

09CV0489
Exhibit "1" page 1 of 3

# ACKNOWLEDGMENT

State of California
County of Sacramento                      )

On 3/18/09 before me, Patrick S. Fillmore, Notary Public
(insert name and title of the officer)

personally appeared Brenna C. Page,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATRICK S. FILLMORE
COMM. # 1803460
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 24, 2012

09CV0489
Exhibit "1" page 2 of 3

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)
Agency Code: 57  129341

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* UNLIMITED :
JOHN T. PAGE, BARRY R. PAGE, BRENNA C. PAGE, JAMIE L. PARO, PATRICK S. FILLMORE
OF FOLSOM, CALIFORNIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

Scott Sadowsky, Assistant Secretary                    M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT** }
                          } ss.   Hartford
**COUNTY OF HARTFORD**    }

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



**CERTIFICATE**

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of March 18, 2009
Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

POA 2008

09CV 0489
Exhibit "1" page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 09CV0489 IEG POR

TITLE OF CASE:   GROOMS, et al. v. LEGGE, et al.

### DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL

I, Vickie Johnson, declare as follows:

1. I am a paralegal employed by Catalyst Law Group, and Christopher A. Villasenor who is Attorney of record for Plaintiffs, JAMES GROOMS, BRYCEMARIE PHELAN, AND KNUKLE, INC. in the above-entitled matter. My work address is 9710 Scranton Road, Suite 170, San Diego, CA 92121. I am over the age of 18, and I am not a party to this action.
2. I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with Federal Express. Under such practice, overnight mail is deposited with Federal Express on that same day.
3. On March 19, 2009, I have personally emailed and deposited to the U.S. mail the following documents:

➢ **NOTICE OF POSTING BOND**

to the following person and/or entity:

Rajiv Jain
Jain Law Group, PC
960 Calle Negocio
San Clemente, CA 92673
EMAIL: raj@jainlawgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of March, 2009, at San Diego, California.

_____
Vickie Johnson

PROOF OF SERVICE

1

09CV0489 IEG (POR)