UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOMS, an individual; BRYCEMARIE PHELAN, an individual; KNUKLE, INC., a Colorado corporation,<br><br>    Plaintiffs,<br>vs.<br><br>JOHN LEGGE, an individual; GWEN LEGGE, an individual; KNUKLE, INC., a California corporation; ARTILLERY DISTRIBUTION, a business entity, form unknown; SEAN MYERS, an individual; DEVIN MERCADO, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 09CV0489 IEG POR<br><br>**ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT, SANCTIONS, AND ATTORNEYS' FEES FOR VIOLATION OF TEMPORARY RESTRAINING ORDER** |

**TO DEFENDANTS:**    JOHN LEGGE, an individual;
                           GWEN LEGGE, an individual; and
                           KNUKLE, INC., a California corporation ("Knukle Two").

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at <u>10:30 A.M. on April 7, 2009</u>, or as soon thereafter as counsel may be heard in the courtroom of Honorable Judge Irma E. Gonzalez, located at 940 Front Street, San Diego, CA 92101 why you, your representatives, servants and agents, employees, officers, directors, partners, attorneys,

subsidiaries, and all other persons or entities under your control, or acting in concert or participation with you or them, should not be:

1. ***Held in civil contempt*** for violating this Court's Temporary Restraining Order issued on March 17, 2009 ("TRO");

2. ***Ordered to pay to Plaintiffs civil contempt sanctions*** of $1000 per day for violating this Court's TRO, beginning on the day after Answering Defendants were first served with notice of Plaintiffs' posting of an undertaking, March 29, 2009, and extending until this Court hears the instant application or the date Answering Defendants fully comply with the TRO;

3. ***Ordered to pay to Plaintiffs' attorneys' fees and costs*** of $5281.00 associated with making their application to enforce a specific and direct Order of this Court.

This Order to Show Cause and supporting papers must be served on Defendants no later than <u>March 27, 2009</u>, and proof of service shall be filed no later than March 30, 2009. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiffs' counsel no later than <u>April 1, 2009</u>.

DATED: March 27, 2009

IRMA E. GONZALEZ, Chief Judge
United States District Court

Page 2
ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR OSC RE: CONTEMPT, SANCTIONS, AND ATTORNEYS' FEES FOR VIOLATION OF TEMPORARY RESTRAINING ORDER
CASE NO. 09CV0489 IEG POR