1

2

3

4

5

6

7

8

9     **UNITED STATES DISTRICT COURT**

10    **SOUTHERN DISTRICT OF CALIFORNIA**

11

12    JAMES GROOMS; BRYCEMARIE                         CASE NO. 09cv489 - IEG - POR
      PHELAN; KNUKLE, INC., a Colorado
13    corporation,                                     ORDER REGARDING
                                                       DEFENDANTS' MOTION TO
14                                        Plaintiffs,  CLARIFY TEMPORARY
                                                       RESTRAINING ORDER
              vs.
15                                                     [Doc. No. 30]

16    JOHN LEGGE; GWEN LEGGE; KNUKLE,
      INC., a California corporation; ARTILLERY
17    DISTRIBUTION; SEAN MYERS; DEVIN
      MERCADO; DOES 1-50,
18
                                        Defendants.
19

20         On March 30, 2009, defendants moved the Court to clarify the extent of the temporary

21    restraining order. [Doc. No. 30.]  Specifically, defendants questioned whether the order required

22    defendants to transfer control of the website to plaintiffs.  At an expedited discovery conference,

23    Magistrate Judge Battaglia ordered the parties to hold the status quo on the transfer of ownership

24    pending clarification by this Court. [Doc. No. 31.]  The TRO in question orders control of the website

25    be transferred "with respect to any and all prior or current purchase orders." [Doc. No. 14.]  Because

26    this does not involve any future orders, the Court finds that defendants have complied with the order

27    by closing the website.  At this juncture, turning over control of the website would affect future

28    purchase orders, which exceeds the bounds of the above quoted conditional language.  Therefore, the

1   Court orders the parties to hold the status quo on the transfer of ownership of the website until the

2   April 7, 2009 hearing on plaintiffs' pending motions.

3   **IT IS SO ORDERED.**

4   **DATED: April 1, 2009**

5   _____

    **IRMA E. GONZALEZ, Chief Judge**

6   **United States District Court**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28