# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOMS, an individual; BRYCEMARIE PHELAN, an individual; KNUKLE, INC., a Colorado corporation,<br><br>             Plaintiffs,<br>vs.<br><br>JOHN LEGGE, an individual; GWEN LEGGE, an individual; KNUKLE, INC., a California corporation; ARTILLERY DISTRIBUTION, an unknown entity; SEAN MYERS, an individual; DEVIN MERCADO, an individual;; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 09CV0489 IEG POR<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT UPON DEFAULT OF SETTLEMENT AGREEMENT** |

COMES NOW, Plaintiffs James Grooms, Brycemarie Phelan, and Knukle, Inc., a Colorado corporation ("hereinafter all collectively referred to as "Plaintiffs") by and through their attorney of record, Christopher A. Villasenor, Esq. of Catalyst Law Group, APC and defendants John Legge, Gwen Legge, Knukle, Inc., a California corporation, Sean Myers, Devin Mercado, and Artillery Distribution (hereinafter all collectively referred to as "Defendants") by and through their attorney of record, Rajiv Jain, Esq. of Jain Law Group, PC and hereby stipulate to the following terms:

////

////

1. On December 16, 2009, Plaintiffs and Defendants entered into a settlement agreement including a mutual general release ("Settlement Agreement") wherein Defendants agreed in part to perform as follows:

   a. Defendants agree to pay Plaintiffs the sum of $35,000.00 USD payable as follows:
      i. An initial $5,000 payment payable by wire transfer to Catalyst Law Group APC Client Trust Account no later than Monday December 21, 2009;
      ii. A second $5,000 payment payable to Catalyst Law Group APC Client Trust Account no later than January 21, 2010;
      iii. Commencing on January 21, 2010 and continuing on the 21st day of each month thereafter until paid in full, payment of the $25,000.00 USD balance due to Catalyst Law Group APC Client Trust Account in 18 equal monthly payments of one thousand three hundred and eighty eight dollars and eighty nine cents ($1,388.89) plus two additional payments of one thousand three hundred and eighty eight dollars and eighty nine cents ($1,388.89) due and payable on the 19th and 20th months to satisfy annual interest at the rate of seven and four tenth's percent interest (7.4%). If Defendants pay the entire outstanding balance due by August 21, 2010, Plaintiffs agree to waive the two $1,388.89 interest payments.

2. The Settlement Agreement also provided that the parties agree to sign a separate Stipulation for Entry of Judgment upon Default in the terms of the Settlement Agreement in the amount of $50,000.00 minus any payments made toward the principle balance due of $25,000.00 (excluding any inventory) as an offset ("Offsets").

3. If Defendants are in default in the terms of the Settlement Agreement, Plaintiffs or his counsel, shall notify Defendants' attorney, Rajiv Jain, Esq. of Jain Law Group, PC by telephone and facsimile of such default. Defendants shall have five calendar days to cure such default ("Five Day Cure Period"). If Defendants fail to completely cure such default by complete performance within the Five Day Cure Period, Plaintiffs may immediately, without further notice to Defendants or their counsel, enter judgment in the above-entitled Court against Defendants in the amount of $50,000.00 minus any Offsets, on an ex parte basis.

4. All of the terms set forth in the Settlement Agreement (a true and correct copy is attached hereto as Exhibit "A") are incorporated into this Stipulation by this reference in whole and in part.

5. Defendants, John Legge, Gwen Legge, Sean Myers, Devin Mercado, Knukle Inc. a California corporation and Artillery Distribution waive any rights to a noticed motion hearing on the entry of a judgment pursuant to this Stipulation.

6. The Parties acknowledge that this Stipulation and the Settlement Agreement are in compliance with applicable Federal and California law pertaining to confession of judgment.

7. Plaintiffs agree to dismiss the Lawsuit with prejudice upon Defendants signing the Settlement Agreement, this Agreement and payment of the initial $5,000 payment. The parties to this Agreement stipulate to allow Plaintiffs to reopen the above-entitled action if Defendants breach the terms of the Settlement Agreement. The Court reserves jurisdiction to set-aside any dismissal and order the entry of judgment upon a showing of default by said Defendants in payments or any other term of the Settlement Agreement, in the manner described therein and herein.

8. This Stipulation may be executed by the Parties in counterparts. Facsimile, electronic PDF copy, or photocopy signatures shall be deemed equivalent to original signatures.

**IT IS HEREBY STIPULATED:**

Dated: 1-12-09 10

_____
James Grooms, an individual

Dated: 1-12-10

_____
Brycemarie Phelan, an individual

Dated: 1-12-10

_____
Knukle, Inc., a Colorado Corporation
By: James Grooms

Dated: _____

_____
John Legge, an individual

Dated: _____

_____
Gwen Legge, an individual

5. Defendants, John Legge, Gwen Legge, Sean Myers, Devin Mercado, Knukle Inc. a California corporation and Artillery Distribution waive any rights to a noticed motion hearing on the entry of a judgment pursuant to this Stipulation.

6. The Parties acknowledge that this Stipulation and the Settlement Agreement are in compliance with applicable Federal and California law pertaining to confession of judgment.

7. Plaintiffs agree to dismiss the Lawsuit with prejudice upon Defendants signing the Settlement Agreement, this Agreement and payment of the initial $5,000 payment. The parties to this Agreement stipulate to allow Plaintiffs to reopen the above-entitled action if Defendants breach the terms of the Settlement Agreement. The Court reserves jurisdiction to set-aside any dismissal and order the entry of judgment upon a showing of default by said Defendants in payments or any other term of the Settlement Agreement, in the manner described therein and herein.

8. This Stipulation may be executed by the Parties in counterparts. Facsimile, electronic PDF copy, or photocopy signatures shall be deemed equivalent to original signatures.

**IT IS HEREBY STIPULATED:**

Dated: _____

James Grooms, an individual

Dated: _____

Brycemarie Phelan, an individual

Dated: _____

Knukle, Inc., a Colorado Corporation
By:

Dated: 12/21/09

John Legge, an individual

Dated: 12/21/09

Gwen Legge, an individual

Page 3
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT UPON DEFAULT OF SETTLEMENT AGREEMENT
CASE NO. 09CV0489 IEG POR

| | | |
|---|---|---|
| 1 | Dated: 12/21/09 | _____<br>Knukle, Inc., a California Corporation<br>By: |
| 2 | | |
| 3 | | |
| 4 | Dated: 12/21/09 | _____<br>Sean Meyers, an individual |
| 5 | | |
| 6 | Dated: 12-21-09 | _____<br>Devin Mercado, an individual |
| 7 | | |
| 8 | Dated: 12-21-09 | _____<br>Artillery Distribution<br>By: |
| 9 | | |
| 10 | | |

APPROVED AS TO FORM:

DATED: 12-21-09

CATALYST LAW GROUP

_____
Christopher Villasenor
Attorney for Plaintiffs

DATED: 12/21/09

JAIN LAW GROUP,

_____
Rajiv Jain
Attorney for Defendants

IT IS HEREBY ORDERED:

Dated: _____

_____
Honorable Irma Gonzalez
Chief Judge, U.S. District Court

Page 4
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT UPON DEFAULT OF SETTLEMENT AGREEMENT
CASE NO. 09CV0489 IEG POR