Christopher A. Villasenor, Esq. (SBN 147118)
**JURGENSEN | VILLASENOR, APC**
3111 Camino Del Rio North, Suite 310
San Diego, CA 92108
Tel. 619-563-4150
Fax. 619-280-1654

Attorneys for Plaintiffs,
JAMES GROOMS, BRYCEMARIE PHELAN, AND KNUKLE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOMS, an individual; BRYCEMARIE PHELAN, an individual; KNUKLE, INC., a Colorado corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>JOHN LEGGE, an individual; GWEN LEGGE, an individual; KNUKLE, INC., a California corporation; ARTILLERY DISTRIBUTION, an unknown entity; SEAN MYERS, an individual; DEVIN MERCADO, an individual; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. 09CV0489 IEG POR<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 84**<br><br>Judge:　　Hon. Irma E. Gonzalez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　Plaintiffs, JAMES GROOMS, BRYCEMARIE PHELAN, and KNUKLE, INC., a Colorado Corporation, ("Plaintiffs") hereby withdraws Document No. 84 filed August 17, 2010 entitled Ex parte Motion for Judgment upon Default of Settlement Agreement as Defendant's have cured the default.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: August 20, 2010　　　　　　　　s/ Christopher A. Villasenor
　　　　　　　　　　　　　　　　　　Christopher A. Villasenor
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　JAMES GROOMS, BRYCEMARIE PHELAN,
　　　　　　　　　　　　　　　　　　AND KNUKLE, INC.